**Order entered September 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00376-CR

**FREDRICK CARSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-54167-P**

## ORDER

The Court **ORDERS** court reporter Lisabeth Kellett to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 96 and 101, CDs.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Lisabeth Kellett, official court reporter, 203rd Judicial District Court, and to counsel for all parties.

/s/    ADA BROWN
JUSTICE